**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RALPH W. BOYD**                                                                           **PLAINTIFF**

**V.**                                                                              **NO. 1:13CV00030-JMV**

**DEPARTMENT OF MEDICAID
JACKSON, MS**                                                                **DEFENDANT**

## ORDER

By Order [6] dated April 29, 2013, this court pointed out that *pro se* Plaintiff had been required by a March 4, 2013, Order [5] to file an amended complaint within fourteen (14) days of the date of that Order. The April 29 Order also required Plaintiff to show cause why this case should not be dismissed. Now, by his *pro se* letter response [7], Plaintiff essentially states that he has been preoccupied due to travel for medical appointments. Though his response is extremely sparse, the court nevertheless liberally construes it as a request for additional time to file an amended complaint. Therefore,

**IT IS ORDERED** that the deadline for Plaintiff to file his amended complaint is extended to May 24, 2013. Plaintiff is warned that his failure to comply with this order may lead to dismissal of this case for failure to obey an order of the court.

This, the 10th day of May, 2013.

                                                                            **/s/ Jane M. Virden**
                                                                            **U. S. MAGISTRATE JUDGE**