IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RALPH W. BOYD                                                                                    PLAINTIFF

V.                                                                                NO. 1:13CV00030-SA-JMV

DEPARTMENT OF MEDICAID
JACKSON, MS                                                                                      DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the court finds that the Report and Recommendation [12] of the United States Magistrate Judge dated August 29, 2013, was on that date duly served upon the *pro se* plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated August 29, 2013, is hereby approved and adopted as the opinion of the court.

2. That this case is hereby DISMISSED without prejudice.

**THIS**, the 7th day of October, 2013.

                                                      /s/ Sharion Aycock
                                                      **U.S. DISTRICT JUDGE**